UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
FRANCISCO CAMACHO, :
:
                 Plaintiff, :
: 19-cv-9505 (LJL)
   -v- :
: ORDER
MIDTOWN CENTER AUTO REPAIR INC. d/b/a :
MIDTOWN CENTER AUTO REPAIR, A1 COLLISON, :
RUBA ABRAMOV and RANI ABRAMOV, :
:
                 Defendants. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On March 2, 2020, the parties submitted a proposed settlement agreement. Dkt. No. 19. Upon review, the Court requires further information from the parties regarding this submission, and has scheduled a telephonic conference for Tuesday, March 3, 2020 at 3:15 p.m. The parties are directly to jointly call Chambers at that time.

    SO ORDERED.

Dated: March 2, 2020
       New York, New York
                                     LEWIS J. LIMAN
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020