UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                                  :
FRANCISCO CAMACHO,                                                :
                                                                  :
                                    Plaintiff,                    :
                                                                  :      19-cv-9505 (LJL)
            -v-                                                   :
                                                                  :         ORDER
MIDTOWN CENTER AUTO REPAIR INC. d/b/a                             :
MIDTOWN CENTER AUTO REPAIR, A1                                    :
COLLISION, RUBA ABRAMOV, and RANI                                 :
ABRAMOV,                                                          :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

LEWIS J. LIMAN, United States District Judge:

On March 2, 2020, the parties submitted a letter asking this Court to approve a proposed settlement agreement as fair and reasonable. Dkt. No. 19. On March 3, 2020, the parties held a joint telephone conference with the Court to discuss their application. As discussed during the conference, the information submitted by the parties is not sufficient for the Court to conduct the review required by *Cheeks v. Freeports Pancake House, Inc.*, 796 F.3d 199 (2015) and *Fisher v. SD Protection Inc.*, 948 F.3d 593 (2d Cir. 2020). Accordingly, the parties are directed to provide the following information to the Court by ECF:

1. With respect to the request for attorney fees, "contemporaneous time records indicating, for each attorney, the date, the hours expended, and the nature of the work done." *See Fisher*, 948 F.3d at 600 (internal citations omitted).

2. With respect to the request for costs, detailed documentation and contemporaneous records for which Plaintiff's counsel seeks an award.

3. With respect to the fairness of the settlement to Plaintiff, an analysis and support for

the contention that the settlement amount, net of attorneys' fees and costs, is fair under the factors set forth at *Fisher*, 948 F.3d at 600.

4. Any wage and hour records for Plaintiff maintained by Defendants and—if Defendants maintain such records—a damages analysis based on such records.

The Court will be prepared to conduct the necessary *Cheeks* analysis upon the receipt of the foregoing information.

SO ORDERED.

Dated: March 3, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge