# Activities Export

03/04/2020
5:54 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/04/2020 | 🕒 | Draft letter to Judge Liman regarding additional information needed for Fairness Approval<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.50h | | - | - |
| 03/03/2020 | 🕒 | Prepare for and attend Court telephonic conference re fairness brief<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.50h | | - | - |
| 02/28/2020 | 🕒 | Telephone Conference with Plaintiff re: status<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |
| 02/28/2020 | 🕒 | Telephone Conference with Plaintiff's Counsel re: Fairness Letter Brief<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.30h | | - | - |
| 02/28/2020 | 🕒 | Review and Revise Fairness Letter Brief; meet with S. Isaacson re: the same.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.80h | | - | - |
| 02/28/2020 | 🕒 | Review CHL's edits to fairness letter<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.20h | | - | - |
| 02/28/2020 | 🕒 | Draft fairness/Cheeks letter<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 2.10h | | - | - |
| 02/27/2020 | 🕒 | Draft Cheeks letter<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.30h | | - | - |
| | | | | | | | $0.00<br>0.0h | $16.00<br>29.93h |

# Activities Export

03/04/2020
5:54 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/26/2020 | 🕐 | Telephone conference with Plaintiff re status<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |
| 02/24/2020 | 🕐 | Review and revise Settlement Agreement<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.50h | | - | - |
| 02/24/2020 | 🕐 | Telephone conference with Plaintiff re Settlement Agreement<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |
| 02/21/2020 | 🕐 | Draft settlement agreement<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 2.30h | | - | - |
| 02/20/2020 | 🕐 | Telephone conference with Defendant's Counsel re Settlement.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.30h | | - | - |
| 02/17/2020 | 🕐 | Telephone Conference with Plaintiff re: status of settlement negotiations<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |
| 02/17/2020 | 🕐 | Telephone Conference with Defendant's Counsel re: Settlement<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.40h | | - | - |
| 02/12/2020 | 🕐 | Telephone conference with Plaintiff re status of settlement negotiations.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |

|  |  |
|---|---|
| $0.00 | $16.00 |
| 0.0h | 29.93h |

# Activities Export

03/04/2020
5:54 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | 🕐 | Draft letter to court regarding service of remaining defendants<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.50h | | - | - |
| 02/06/2020 | 🕐 | Telephone conference with Plaintiff re status of settlement negotiations.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |
| 01/30/2020 | 🕐 | Telephone conference with Plaintiff re status of settlement negotiations.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |
| 01/28/2020 | 🕐 | Telephone conference with Plaintiff re status of settlement negotiations.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |
| 01/23/2020 | 🕐 | Telephone conference with Plaintiff re status of settlement negotiations.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |
| 01/16/2020 | 🕐 | Draft stip for defendants to waive service<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.20h | | - | - |
| 01/14/2020 | 🕐 | Telephone conference with Plaintiff re status of settlement negotiations.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |
| 01/09/2020 | 🕐 | Review Letter Motion to the Court re: adjournment and telephone | 01008-Camacho Midtown Center Wage & | Christopher Lowe | 0.20h | | - | - |
| | | | | | | | $0.00<br>0.0h | $16.00<br>29.93h |

# Activities Export

03/04/2020
5:54 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | conference with Defendant's counsel <br> • Unbilled | Hour | | | | | |
| 01/09/2020 | 🕐 | Revise and file motion for an extension of time to serve defendants <br> • Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.10h | | - | - |
| 01/08/2020 | 🕐 | Revise letter regarding extension of time to serve defendants <br> • Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.10h | | - | - |
| 01/02/2020 | 🕐 | Draft letter to court requesting extension of time to serve defendants <br> • Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.30h | | - | - |
| 12/02/2019 | 🕐 | Strategize re settlement in light of purported Faithless Service evidence and telephone conference with Plaintiff re: the same. <br> • Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.50h | | - | - |
| 12/02/2019 | 🕐 | Review purported video evidence of Faithless Service <br> • Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.30h | | - | - |
| 12/02/2019 | 🕐 | Draft email to Francisco regarding the videos produced by Defendants <br> • Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.20h | | - | - |
| 12/02/2019 | 🕐 | Review videos produced by | 01008-Camacho | Sara | 0.30h | | - | - |

| | | | | | | | $0.00 <br> 0.0h | $16.00 <br> 29.93h |

# Activities Export

03/04/2020
5:54 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Defendants<br>● Unbilled | Midtown Center Wage & Hour | Isaacson | | | | |
| 11/01/2019 | 🕐 | Research whether under the faithless servant doctrine, you can still recover liquidated damages under the FLSA, and whether the disgorgement of wages occurs from the beginning of your employment or the beginning of your disloyalty<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 2.00h | | - | - |
| 10/25/2019 | 🕐 | Review Faithless Servant Doctrine Research and Strategize with S. Isaacson re: same.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.70h | | - | - |
| 10/25/2019 | 🕐 | Follow up call with Defendant's counsel re evidence of Faithless Service.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.30h | | - | - |
| 10/24/2019 | 🕐 | Research the faithless servant doctrine<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.20h | | - | - |
| 10/23/2019 | 🕐 | Meet with S. Isaacson re: Faithless Servant Doctrine and related research<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.13h | | - | - |
| 10/23/2019 | 🕐 | Telephone call with Plaintiff re: Status<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.20h | | - | - |

$0.00
0.0h

$16.00
29.93h

# Activities Export

03/04/2020
5:54 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/21/2019 | 🕐 | Telephone Conference with Defendant's Counsel<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.40h | | - | - |
| 10/15/2019 | 🕐 | Final review of Summons, Complaint and Civil Cover Sheet prior to filing.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.40h | | - | - |
| 10/15/2019 | 🕐 | File complaint, civil cover sheet and requests for issuance of summons<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.30h | | - | - |
| 10/15/2019 | 🕐 | Draft civil cover sheet, requests for issuance of summons<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.30h | | - | - |
| 09/23/2019 | 🕐 | Telephone conference with client regarding status of case<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.10h | | - | - |
| 09/19/2019 | 🕐 | Draft damages chart<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.50h | | - | - |
| 09/13/2019 | 🕐 | Draft civil cover sheet and request for issuance of summons<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.50h | | - | - |
| 09/04/2019 | 🕐 | Telephone call and email to Defendants re: representation and Plaintiff's claims<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.30h | | - | - |
| | | | | | | | $0.00<br>0.0h | $16.00<br>29.93h |

# Activities Export

03/04/2020
5:54 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/03/2019 | 🕐 | Telephone conference with client regarding the fact that the owners of the company had called him about coming back to work<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.10h | | - | - |
| 08/26/2019 | $ | Sent FedEx of demand letter<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 1.00 | 16.00 | - | 16.00 |
| 08/16/2019 | 🕐 | Telephone conference with client to see if he has the email addresses of any of the owners or their attorney<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.10h | | - | - |
| 08/14/2019 | 🕐 | Revise complaint<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.20h | | - | - |
| 08/14/2019 | 🕐 | Telephone conference with client regarding facts of the case<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 0.10h | | - | - |
| 08/13/2019 | 🕐 | Review and revise Complaint and analysis of claims.<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.50h | | - | - |
| 08/02/2019 | 🕐 | Draft complaint<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 5.10h | | - | - |
| 07/26/2019 | 🕐 | Draft complaint<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Sara Isaacson | 1.70h | | - | - |
| | | | | | | | $0.00<br>0.0h | $16.00<br>29.93h |

# Activities Export

03/04/2020
5:54 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/22/2019 | 🕐 | Follow up Telephone Conference re claims, valuation and next steps<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 0.50h | | - | - |
| 07/18/2019 | 🕐 | Conduct Intake Meeting with Plaintiff<br>● Unbilled | 01008-Camacho Midtown Center Wage & Hour | Christopher Lowe | 2.40h | | - | - |
| | | | | | | | **$0.00**<br>0.0h | **$16.00**<br>29.93h |



## Shipment Receipt

**Address Information**

Ship to:
Ruba Abramov and Rani Abramov
Midtown Center Auto Repair Inc.
537 West 38th Street
NEW YORK, NY
10018
US
212-629-1028

Ship from:
Christopher Lowe
Lipsky Lowe LLP
420 Lexington Avenue
Suite 1830
NEW YORK CITY, NY
101701830
US
2123924772

**Shipment Information:**
Tracking no.: 776080149726
Ship date: 08/26/2019
Estimated shipping charges: 0.00

**Package Information**
Pricing option: FedEx Standard Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: My Account - 114-114
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

```
                   State of New York - Department of State
                              Receipt for Service
```

Receipt #:  201911071480                                Cash #:  201911071156
Date of Service:  11/01/2019                            Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC.

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:   MIDTOWN CENTER AUTO REPAIR INC.


Plaintiff/Petitioner:
          CAMACHO, FRANCISCO



Service of Process Address:
MIDTOWN CENTER AUTO REPAIR INC.
537 W. 38TH ST.
NEW YORK,   NY 10018-1111

                                                      Secretary of State
                                                         By   SUE ZOUKY